**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **EDDIE VAN OLIVER, III,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cv-1384** |
| | : | |
| **v.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **UNITED STATES OF AMERICA et al.,** | : | **MAGISTRATE JUDGE SHIMEALL** |
| | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

**OPINION & ORDER**

On December 12, 2025, the United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 5), recommending that this Court dismiss Plaintiff's case pursuant to 28 U.S.C. §§ 1915(e)(2), 1915(A). Plaintiff's objection was due December 26, 2025. (ECF No. 3). Plaintiff was specifically advised of his right to object to the Report and Recommendation within fourteen days and of the consequences of his failure to do so. No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation.  Plaintiff's federal claims are **DISMISSED** for lack of subject matter jurisdiction.

    **IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**


**DATED:  April 3, 2026**